BEFORE THE SECOND DIVISION, JANUARY 8, 1952

**No. 56243.**—B. Westergaard & Co. *v.* United States, protest 157833–K (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of cheese knives similar in all material respects to those the subject of *B. Westergaard & Co.* v. *United States* (26 Cust. Ct. 77, C. D. 1302), the claim of the plaintiff was sustained.